**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| PAINESVILLE MINI STORAGE, INC., | ) | CASE NO. 1:07CV3853 |
| Plaintiff(s), | ) | |
| v. | ) | |
| CITY OF PAINESVILLE, et al., | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its OPINION AND ORDER in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                                   s/Christopher A. Boyko
                                         HONORABLE CHRISTOPHER A. BOYKO
                                         UNITED STATES DISTRICT JUDGE

April 15, 2008